# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

United States of America )
)
v. ) Case No. 19-8502MJ
1. Ilyda Marie Pilone, )
2. Della Mae Hoffman-Lewis, )
)
)
Defendants.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### Count 1:

On or about December 3, 2019, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Ilyda Marie Pilone and Della Mae Hoffman-Lewis, knowing and with reckless disregard of the fact that aliens, Victor Alfonso Camacho-Monroy and Maria Balderas-Ezquivel, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens, Victor Alfonso Camacho-Monroy and Maria Balderas-Ezquivel, within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Abbie Broughton-Marsh, for AUSA Caitlin B. Noel

_____
Signature of Complainant
Jon Jenkins
U.S. Border Patrol Agent

Sworn to before me and signed in my presence.

_____
Signature of Judicial Officer
Honorable John. Z Boyle
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On December 3, 2019, a Border Patrol Agent (BPA) was performing his assigned duties at the State Route 85 Immigration Checkpoint near Gila Bend, in the District of Arizona. At approximately 9:45 AM, a gray Ford Fiesta approached the primary inspection area. As the vehicle approached it began to drive slowly through primary inspection area and appeared as if they were not going to stop until the BPA instructed the driver to stop. When the vehicle stopped, the BPA identified himself as a United States Border Patrol Agent and observed five occupants inside the vehicle.

3. The BPA asked where they were coming from. The driver, later identified as Ilyda Marie Pilone, stated they were coming from the city of Sells, Arizona. The BPA notice that Pilone would not make eye contact with him during his inspection. The BPA then looked at the passengers in the back seat and noticed they were looking down. A female, later identified as Maria Balderas-Ezquivel, had watery eyes appearing to want to cry. The BPA requested Pilone drive to the secondary inspection area for further inspection.

2

4. In the secondary inspection area, the BPA asked Pilone and the front passenger, later identified as Della Mae Hoffman-Lewis, if they were United States Citizens and they answered in the affirmative. The BPA then asked the back seat passengers to roll down their window. As they did not seem to understand what the BPA was saying he then asked them in Spanish if they were Mexican Nationals and they answered in the affirmative.

5. The BPA then requested all five occupants to exit the vehicle. The three rear seat passengers produced Mexican identification cards and stated that they were in the United States without the proper documentation to enter, pass through or remain in the United States. At approximately 10:00 AM all five individuals were placed under arrest and transported back the Ajo Border Patrol Station for further processing.

6. On December 3, 2019, Della Mae Hoffman-Lewis was read her Miranda rights. Hoffman-Lewis willingly acknowledged she understood her rights and decided to answer questions without a lawyer present. Hoffman-Lewis stated that a friend who lives in Gila Bend, Arizona asked her if she could pick up some of his relatives that were in the village of Menegers and he would pay her for the favor. Hoffman-Lewis stated her friend did not say how much he would be paying her for this favor. She stated he asked her for the favor due to the fact that he has known her for a long time and it was very important to him. She stated she does not own a vehicle and the friend requesting the favor would be providing one for her.

7. Hoffman-Lewis stated she met Pilone at her sister's house in the village of Guvo, on the Tohono O'dham Indian Reservation. She offered Pilone half of the payment she was going to receive for her help. On the night of December 2, 2019, both Hoffman-Lewis and Pilone traveled south but were unable to locate the house where the individuals were located. Hoffman-Lewis then stated she knew where the house was located but Pilone would not stop and missed the house a couple of times. She and Pilone began argue and decided to try again the following morning. Hoffman-Lewis stated she called her friend and told him they were unable to pick up his relatives from Menegers but she would try early the following morning.

8. Hoffman-Lewis stated on December 3, 2019, around 7:00 AM she and Pilone headed towards Menegers to pick up the individuals. They stopped at the house and three individuals, two males and one female were outside waiting for them. After the three individuals entered the vehicle, they started to travel north towards Phoenix.

9. Hoffman-Lewis stated shortly after getting gas, Pilone stopped her vehicle north of Ajo and instructed the female passenger in the back seat to get into the trunk of the vehicle. She stated the female did not move into the trunk so Pilone instructed her to switch places with one of the males and have him sit in the front passenger seat beside her. Hoffman-Lewis also switched seats and sat in the back of the vehicle as they drove north. Shortly before arriving to the Border Patrol Immigration Checkpoint,

Pilone pulled over again and instructed one of the males to get into the trunk of the vehicle. The subject did not comply so Pilone had Hoffman-Lewis again sit in the front passenger seat beside her. Hoffman-Lewis stated when they arrived at the Immigration Checkpoint, Pilone kept driving and seemed like she was not going to stop the vehicle until the Border Patrol Agent asked her to stop.

10. At the Ajo Border Patrol Station, Maria Balderas-Ezquivel was asked to provide a statement. Balderas-Ezquivel stated she is a National of Mexico without proper documentation to enter or remain in the United States. Balderas-Ezquivel stated she and her husband, Victor Alfonso Camacho-Monroy, arrived in Sonoyta, Sonora, Mexico and arranged to be smuggled into the United States with a guide they met at the bus terminal in Sonoyta. Balderas-Ezquivel stated the cost for her to be smuggled into the United States was going to be $10,500 dollars. Balderas-Ezquivel stated the guide told her and Camacho-Monroy they were going to illegally enter the United States by walking and then would travel the rest of the way by vehicle.

11. Balderas-Ezquivel stated they crossed with a guide into the United States near some hills in the desert and walked to an Indian reservation. They waited for approximately two or three days without food, to be picked up. During this time, another male subject that was also being smuggled into the United States approached where her and Camacho-Monroy were waiting for the vehicle and offered food. On December 3, 2019, the vehicle arrived to pick them up. Balderas-Ezquivel stated she knew that was

the vehicle because it fit the description that was given to her by the foot guide. Balderas-Ezquivel described the vehicle as a grey in color sedan and stated that when the vehicle arrived herself, her husband and other male subject entered the backseat. Balderas-Ezquivel stated a female driver with black hair and medium tone skin was driving the vehicle and the vehicle also contained a female co-pilot.

12. Balderas-Ezquivel stated herself, Camacho-Monroy, and another male subject were all sitting in the back seat when the driver of the vehicle told Balderas-Ezquivel to hide in the trunk of the sedan. Balderas-Ezquivel stated Camacho-Monroy told the driver that she was not going to travel in the trunk. Balderas-Esquivel stated the only stop the vehicle made after she boarded the vehicle was to pump gas at a gas station. A series of photo lineups were shown to Balderas-Esquivel to see if she could identify anyone as being part of her group. Balderas-Esquivel was not able to identify any subjects shown on the photo lineups.

13. At the Ajo Border Patrol Station, Victor Alfonso Camacho-Monroy, was asked to provide a statement. Camacho-Monroy stated he is a National of Mexico without proper documentation to enter or remain in the United States. Camacho-Monroy stated a friend gave him the telephone number to a human smuggler. He called the human smuggler and he agreed to cross him and his wife, Balderas-Ezquivel, into the United States and they were instructed to travel to the town of Sonoyta, Mexico. Camacho-Monroy stated he was not sure of how much it was going to cost for him to be

smuggled into the United States.

14. Camacho-Monroy stated he crossed into the United States near some hills in the desert with a foot guide. He stated that once he and his wife crossed into the United States they walked towards an abandoned house and waited for approximately four days to be picked up. During this time he and Balderas-Ezquivel had no food for about three days until another male subject, also being smuggled into the United States, entered the house they were hiding in and offered them food.

15. Camacho-Monroy stated on December 3, 2019, a grey colored vehicle that matched the description given by their foot guide stopped near the abandoned house and honked, which was a signal for them to get into the vehicle. He stated when he, Balderas-Ezquivel, and the other male subject entered the back seat of the grey color sedan, the sedan already contained two female occupants a driver and a co-pilot. He stated while they were traveling in the back seat of the sedan they were sitting but attempting to hide. The vehicle only stopped to pump gas before the Immigration Checkpoint. Camacho-Monroy stated he believes the driver of the vehicle knew he was illegally in the United States due to the way the driver was transporting them.

16. Camacho-Monroy was shown a series of photos to see if he could identify anyone as being part of his group. Camacho-Monroy was not able to identify any subject shown in the photo lineups. The interview was then concluded. Shortly thereafter Camacho-

Monroy re-approached the BPA's conducting the interview and asked if he could look at the photo lineups he was shown earlier. Camacho-Monroy was shown photo lineup #1 and identified Della Mae Hoffman-Lewis as the co-pilot of the vehicle that was transporting him. Camacho-Monroy was shown photo line up #2 and identified Ilyda Marie Pilone as the driver of the vehicle that was transporting him.

17. For these reasons, your affiant submits that this is probable cause to believe that on or about December 3, 2019, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Ilyda Marie Pilone and Della Mae Hoffman-Lewis knowingly and in reckless disregard of the fact that certain aliens, namely Victor Alfonso Camacho-Monroy and Maria Balderas-Ezquivel had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Section 1325(a)(2) and Title 18, United States Code, Sections 2.

Jon J. Jenkins
U.S. Border Patrol Agent

Sworn to before me and signed in my presence
The 4th Day of December, 2019

John Z. Boyle
United States Magistrate Judge